IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIE E. BOYD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 3:12-cv-733 |
| | ) |
| JAMES CROSS, JR., | ) |
| | ) |
| Respondent. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Motion for Leave to File Additional Pages in his Reply Brief (Doc. 22) and the Renewed Motion to Expedite Docketing (Doc. 23) filed by Plaintiff, Willie E. Boyd, on January 3, 2013.  The Motion for Leave to File Additional Pages is **GRANTED** and the Motion to Expedite is **DENIED**.  The Court assumes that Petitioner submitted a reply brief on January 3, 2013 that includes all of his arguments.  The Court also informs Petitioner that this matter will be dealt with as expeditiously as possible.

**DATED: January 10, 2013**

                                                                          **DONALD G. WILKERSON**
                                                                          **United States Magistrate Judge**