IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE E. BOYD,
18498-044

        Petitioner,

v.                                                 Case No. 12-cv-733-DRH-DGW

JAMES CROSS, JR., Warden,

        Respondent.

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

        Before the Court is a Report and Recommendation (R&R) (Doc. 30) of United States Magistrate Donald G. Wilkerson, issued pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and SDIL-LR 72.1(a), recommending denial and dismissal with prejudice of petitioner Willie E. Boyd's ("Boyd"), 28 U.S.C. § 2241 petition for writ of habeas corpus (Doc. 1). Boyd has filed objection to the R&R (Doc. 32). The Court has undertaken a *de novo* review of the objected-to portions of the R&R. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); SDIL-LR 73.1(b); *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Govas v. Chalmers*, 965 F.2d 298, 301 (7th Cir. 1992). In reviewing Boyd's objections, it is clear to the Court that he has not presented a persuasive reason for rejecting or modifying the recommended decision. *Willis*, 199 F.3d at 904. Thus, over Boyd's objections, the Court accepts and adopts the findings and conclusions of the R&R as its own. Boyd's claims are dismissed with prejudice. The Clerk is instructed to close the file and enter judgment accordingly.

The Court reminds Boyd of the Seventh Circuit's previous warning to him concerning the repeated filing of frivolous Section 2241 petitions. *See Boyd v. Cross*, 10-cv-719-DRH, at Doc. 40-2.

**IT IS SO ORDERED.**

Signed this 19th day of September, 2013.

Digitally signed by David R. Herndon
Date: 2013.09.19 16:08:03 -05'00'

**Chief Judge**
**United States District Judge**