IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE E. BOYD,

    Petitioner,

-vs-

JAMES CROSS, JR, *warden*,

    Respondent.                      No. 12-cv-733-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 19, 2013, the Report and Recommendation of Magistrate Judge Donald G. Wilkerson is adopted over petitioner's objections. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED** with prejudice.

                                  NANCY J. ROSENSTENGEL,
                                  CLERK OF COURT

                                BY:   s/*Sara Jennings*
                                          Deputy Clerk

**Dated:** September 20, 2013

David R. Herndon
2013.09.20
09:30:38 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT